**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CITY OF RED OAK,** § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | 3:15-CV-02746-M-BK | |
| § | | |
| **HARVEY LEELANE SEARCY,** § | | |
| Defendant. § | | |
| § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that that this action is **REMANDED** sua sponte to the Red Oak Municipal Court. *See* 28 U.S.C. § 1455(b)(4). The clerk of court shall effect the remand according to the usual procedure.

SO ORDERED this 29th of October, 2015.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS